1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARCENIA TAYLOR, | ) Case No.: 1:12-cv-1931 - AWI - JLT |
| | ) |
|        Plaintiff, | ) ORDER ADOPTING IN FULL THE FINDINGS |
| | ) AND RECOMMENDATIONS DISMISSING |
|        v. | ) PLAINTIFF'S CLAIMS FOR VIOLATIONS OF |
| | ) THE FIRST AMENDMENT AND 42 USC § 1981 |
| REBECCA BLANK | ) |
| Secretary of United States Dep't of Commerce, | ) |
| | ) |
|        Defendant. | ) |
| | ) |
| | ) |

Larcenia Taylor ("Plaintiff") is proceeding *pro se* and *in forma pauperis* with this action for discrimination by the United States Department of Commerce ("Defendant").  On March 28, 2013, the Court screened Plaintiff's First Amended Complaint and determined Plaintiff's claim for a violation of the First Amendment fails as a matter of law, and Plaintiff failed to allege facts supporting her claim that Defendant is liable for a violation of 42 U.S.C. § 1981.  (Doc. 7).  Accordingly, the Magistrate Judge recommended dismissal of these claims.

The Findings and Recommendations contained a notice that any objections were to be filed within fourteen days of service, or by April 11, 2013.  (Doc. 7 at 7).  Plaintiff was advised failure to file timely objections may waive the right to appeal the District Court's order.  *Id.*  However, to date, Plaintiff has not filed objections to the recommendation that these claims be dismissed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Britt v. Simi Valley United School Dist., 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a de novo review of the case.

1

Having carefully reviewed the entire file, the Court finds that the findings and recommendation are supported by the record and by proper analysis.

       Accordingly, **IT IS HEREBY ORDERED**:

    1.    The Findings and Recommendations filed March 28, 2013 (Doc. 7), are **ADOPTED IN FULL**;

    2.    Plaintiff's claim for a violation of 42 U.S.C. § 1981 is **DISMISSED**;

    3.    Plaintiff's claim for a violation of the First Amendment is **DISMISSED**; and

    4.    The action SHALL proceed only on Plaintiff's claim for discrimination in violation of Title VII.

IT IS SO ORDERED.

Dated:  April 24, 2013                                         
                                   SENIOR  DISTRICT  JUDGE