UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARCENIA TAYLOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REBECCA BLANK<br>Secretary of United States Dep't of Commerce,<br><br>　　　　Defendant. | Case No.: 1:12-cv-1931 - AWI - JLT<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS DISMISSING PLAINTIFF'S CLAIMS FOR VIOLATIONS OF THE FIRST AMENDMENT AND 42 USC § 1981 |

　　　　Larcenia Taylor ("Plaintiff") is proceeding *pro se* and *in forma pauperis* with this action for discrimination by the United States Department of Commerce ("Defendant"). On March 28, 2013, the Court screened Plaintiff's First Amended Complaint and determined Plaintiff's claim for a violation of the First Amendment fails as a matter of law, and Plaintiff failed to allege facts supporting her claim that Defendant is liable for a violation of 42 U.S.C. § 1981. (Doc. 7). Accordingly, the Magistrate Judge recommended dismissal of these claims.

　　　　The Findings and Recommendations contained a notice that any objections were to be filed within fourteen days of service, or by April 11, 2013. (Doc. 7 at 7). Plaintiff was advised failure to file timely objections may waive the right to appeal the District Court's order. *Id.* However, to date, Plaintiff has not filed objections to the recommendation that these claims be dismissed.

　　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Britt v. Simi Valley United School Dist., 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a de novo review of the case.

Having carefully reviewed the entire file, the Court finds that the findings and recommendation are supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Findings and Recommendations filed March 28, 2013 (Doc. 7), are **ADOPTED IN FULL**;
2. Plaintiff's claim for a violation of 42 U.S.C. § 1981 is **DISMISSED**;
3. Plaintiff's claim for a violation of the First Amendment is **DISMISSED**; and
4. The action SHALL proceed only on Plaintiff's claim for discrimination in violation of Title VII.

IT IS SO ORDERED.

Dated:   April 24, 2013

SENIOR DISTRICT JUDGE