UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARCENIA TAYLOR,** | **CASE NO. 1:12-CV-1931 AWI JLT** |
| **Plaintiff** | **ORDER VACATING HEARING DATE OF NOVEMBER 4, 2013 AND TAKING MATTER UNDER SUBMISSION** |
| **v.** | |
| **DR. REBECCA BLANK, Acting Secretary- United States Department of Commerce** | |
| **Defendant** | |

Defendant Blank has filed a motion to dismiss. Doc. 17.  Plaintiff Taylor has filed an opposition, Doc. 18.  The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 4, 2013, is VACATED, and no party shall appear at that time.  As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   October 31, 2013                          _____
                                                                        SENIOR  DISTRICT  JUDGE