# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARCENIA TAYLOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REBECCA BLANK, Acting Secretary- United States Department of Commerce,<br><br>　　　　　Defendant. | Case No.: 1:12-cv-01931 -AWI - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED May 15, 2014 (Doc. 29) |

　　　　On July 30, 2013, the Court issued its "Order Setting Mandatory Scheduling Conference," which "ordered that [the parties] appear for a formal Scheduling Conference…" (Doc. 13 at 1)  The Court explained: "Attendance at the Scheduling Conference is *mandatory* upon each party not represented by counsel or, alternatively, by retained counsel." (*Id*. at 2, emphasis in original.)  Beacause Plaintiff Larcenia Taylor failed to appear at the Scheduling Conference held on May 15, 2014, the Court issued an Order to Show Cause why sanctions should not be imposed.  (Doc. 29.)

　　　　On May 29, 2014, Plaintiff filed a timely response, asserting that she "had no idea" that she was responsible for making arrangements to appear telephonically at the conference, and was unaware that the defendant's arrangement to appear via CourtCall was not applicable to Plaintiff.  (Doc. 32.)  She reports that she waited by her phone at 9:00 a.m. in anticipation of the Court calling her for the conference.  (*Id.* at 2.)  Plaintiff asserts that she was "shocked and hurt" when she contacted the Court shortly after the conference and "was informed that the conference was over." (*Id.*)  Plaintiff asserts

1

that "she will not repeatedly make the same mistake intentionally and prays the court will have an understanding of her situation at the time." (*Id.*)

Given the response provided by Plaintiff, it is clear that she was prepared to attend the Court's Scheduling Conference, but misunderstood her responsibility to not only request a telephonic appearance, but to her own arrangements to appear telephonically and confirm the arrangement with the Court.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Order to Show Cause dated May 15, 2014 (Doc. 29) is **DISCHARGED**; and
2. Plaintiff is reminded that failure to appear at any future hearing may result in the imposition of sanctions pursuant to Local Rule 110.

IT IS SO ORDERED.

Dated: **May 30, 2014**                      /s/ Jennifer L. Thurston
                                                                UNITED STATES MAGISTRATE JUDGE