UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARCENIA TAYLOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REBECCA BLANK, Acting Secretary-<br>United States Department of Commerce,<br><br>　　　　　Defendant. | ) Case No.: 1:12-cv-01931 - JLT<br>)<br>) ORDER STRIKING THE DECLARATION OF<br>) LARCENIA TAYLOR IN SUPPORT OF HER<br>) FIRST AMENDED COMPLAINT<br>)<br>) (Doc. 42)<br>)<br>)<br>) |

　　　　Plaintiff Larcenia Taylor filed a document entitled, "Declaration of Larcenia Taylor in Support of her First Amended Complaint"[1] on January 26, 2015. (Doc. 42.) Attached to the declaration are various documents, apparently, upon which Plaintiff will rely to prove her case. However, the Court is not the repository of the parties' evidence. The parties are prohibited from filing their evidence onto the docket except when it is filed in conjunction with and in support of a motion.

　　　　On the other hand, if Plaintiff was attempting to amend her first amended complaint, she is advised that she must comply with Federal Rules of Civil Procedure 15 and this Court's scheduling order (Doc. 28)[2] when doing so.

---

[1] This document was incorrectly docketed as a "First Amended Complaint."
[2] The Court notes that the deadline to amend pleadings has passed. (Doc 28 at 3)

1

Therefore, because there is no motion pending, the evidence should not have filed with the Court, the "Declaration of Larcenia Taylor in Support of her First Amended Complaint" (Doc. 42) is **ORDERED** to be **STRICKEN.**

IT IS SO ORDERED.

Dated:   **January 29, 2015**               /s/ Jennifer L. Thurston
                                          UNITED STATES MAGISTRATE JUDGE