BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Penny Pritzker, Secretary of the Department of Commerce
 for the United States of America erroneously sued as Defendant DR. REBECCA BLANK, Acting Secretary – United States Department of Commerce

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARCENIA TAYLOR,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DR. REBECCA BLANK, Acting Secretary –<br>United States Department of Commerce,<br><br>　　　　　Defendants. | Case No. 1:12-cv-01931 AWI/JLT<br><br>STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; [~~PROPOSED~~] ORDER<br><br>Date: March 17, 2015<br>Time: 10:00 a.m.<br>Honorable Jennifer L. Thurston |

　　　　Plaintiff Larcenia Taylor ("Plaintiff"), and Defendant Penny Pritzker, Secretary of the Department of Commerce ("Defendant"), hereby stipulate and agree to continue the Settlement Conference currently set for March 17, 2015 at 10:00 a.m. to April 10, 2015 at 10:30 a.m. before Magistrate Judge Jennifer L. Thurston.

　　　　The parties base this stipulation on good cause, as counsel for defendant is currently scheduled to start trial in a case entitled *USA v. Davis,* 1:12-cr-00056-AWI-BAM, on Tuesday, March 17, 2015.

///

///

///

///

The parties request the court to endorse this stipulation by way of formal order.

Respectfully submitted,

Dated:  March 12, 2015                             BENJAMIN B. WAGNER
                                                                       UNITED STATES ATTORNEY


                                                                       /s/Alyson A. Berg
                                                                       ALYSON A. BERG
                                                                       Assistant United States Attorney
                                                                       Attorney for Defendant


Dated:  March 12, 2015


                                                                       /s/Larcenia Taylor
                                                                       Larcenia Taylor, Plaintiff in Prop Per

**ORDER**

Having reviewed the stipulation submitted by the parties, the court hereby continues the Settlement Conference currently set for March 17, 2015 at 10:00 a.m. to April 10, 2015 at 10:30 a.m.

IT IS SO ORDERED.

Dated:   **March 12, 2015**                          **/s/ Jennifer L. Thurston**
                                                                       UNITED STATES MAGISTRATE JUDGE