BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Penny Pritzker, Secretary of the Department of Commerce
 for the United States of America erroneously sued as Defendant DR. REBECCA
 BLANK, Acting Secretary – United States Department of Commerce

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARCENIA TAYLOR,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DR. REBECCA BLANK, Acting Secretary – United States Department of Commerce,<br><br>　　　　Defendants. | Case No. 1:12-cv-01931-AWI-JLT<br><br>NOTICE OF SUBSTITUTION OF DEFENDANT AND [PROPOSED] ORDER<br><br>(Doc. 60) |

NOTICE IS HEREBY GIVEN that, on June 6, 2013, Penny Pritzker became the Secretary of the Department of Commerce for the United States of America. Accordingly, pursuant to Fed. R. Civ. P. 25(d), Penny Pritzker is substituted as Defendant, and all further proceedings in this action shall "be in the substituted party's name."

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: June 23, 2015　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY


　　　　　　　　　　　　　　　　　　　　/s/Alyson A. Berg
　　　　　　　　　　　　　　　　　　　　ALYSON A. BERG
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

NOTICE OF SUBSTITUTION OF DEFENDANT AND [PROPOSED] ORDER　　　　　　　　　　　　1

**ORDER**

IT IS SO ORDERED.

Dated:   **June 23, 2015**                              **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE