UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARCENIA TAYLOR**, <br><br> Plaintiff, <br><br> v. <br><br> **PENNY PRITZKER**, Secretary, United States Department of Commerce, <br><br> Defendants. | CASE NO. 1:12-CV-01931-AWI-JLT <br><br> **ORDER FOR ADDITIONAL BRIEFING** <br><br> (Doc. 50) |

    Plaintiff Larcenia Taylor brought this action against Penny Pritzker, Secretary of the United States Department of Commerce, for alleged racial discrimination based upon disparate treatment in violation of Title VII of the Civil Rights Act of 1964 for events related to Taylor's employment in the Bakersfield Local Census Office from July 27, 2009 to April 30, 2010, and a subsequent job fair Taylor attended on August 12, 2010.  Defendants seek summary judgment on the merits of Taylor's Title VII discrimination claim as well as on a failure to exhaust administrative remedies.  The Court now seeks clarification from Plaintiff Taylor on what precisely is pled in her First Amended Complaint.  The Court orders Taylor to submit additional briefing on whether (a) the August 12, 2010 job fair allegations are evidence to support her claim of disparate treatment for when she was employed by the Census Bureau or (b) the August 12, 2010 job fair allegations are a separate and distinct theory of liability under Title VII.  The Court requests a brief and direct clarification from Taylor on this question.

# **ORDER**

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff must submit **ADDITIONAL BRIEFING** on the matter described above within 14 days.

IT IS SO ORDERED.

Dated:   July 23, 2015

SENIOR  DISTRICT  JUDGE

2